UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT FENN; and ANDRITA KING FENN,

    Plaintiffs,

v.                                Case No. 6:19-cv-714-Orl-37GJK

OCWEN LOAN SERVICING LLC,

    Defendant.
_____

## ORDER

Plaintiffs, proceeding *pro se*, sued Defendant for violations of the Florida Deceptive and Unfair Trade Practices Act, Florida's civil theft statute, and "Violation of Mortgage Assistance Relief Services MARS Rule 12 C.F.R. 1015." (Doc. 1 ("**Complaint**").) With the Complaint, Plaintiffs each filed a motion to proceed *in forma pauperis*.[1] (Docs. 10, 11 ("**IFP Motions**").) On referral, Magistrate Judge Gregory J. Kelly recommends denying the IFP Motions, dismissing the Complaint for failure to adequately allege a basis for federal jurisdiction, and permitting Plaintiffs to file an amended complaint and renewed motions to proceed *in forma pauperis*, with the warning that failure to timely do so will result in dismissal of this case without further notice. (Doc. 13 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed.

---

[1] Plaintiffs' original motions to proceed *in forma pauperis* (Docs. 2, 3) were stricken for including the full name of a minor in contravention of the Federal Rules of Civil Procedure (Doc. 6).

As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 13) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiffs' motions to proceed *in forma pauperis* (Docs. 10, 11) are **DENIED**.

3. Plaintiffs' Complaint (Doc. 1) is **DISMISSED**.

4. On or before Tuesday, **August 20, 2019**, Plaintiffs may file an amended complaint correcting the deficiency identified in the R&R and renewed motions to proceed *in forma pauperis*. Failure to timely file will result in closure of this action without further notice

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 6, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Party